**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6300**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DOUGLAS W. PLEASANTS,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (CR-96-21, CA-00-637-5-F)

_____

Submitted:  May 16, 2002                  Decided:  May 23, 2002

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Douglas W. Pleasants, Appellant Pro Se.  Janice McKenzie Cole, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas W. Pleasants seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Pleasants' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Pleasants</u>, Nos. CR-96-21; CA-00-637-5-F (E.D.N.C. Nov. 29, 2001); <u>see also</u> <u>United States v. Sanders</u>, 247 F.3d 139 (4th Cir. 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2